# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SWANSON GROUP MFG. LLC,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 10-1843 (RJL)** |
| | ) | |
| **KEN SALAZAR,** *et al.,* | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER
June **26**, 2013 [## 41, 44, 45]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. # 41] is

**GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's Cross-Motion for Summary Judgment [Dkt. # 45] is

**GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant-intervenors' Cross-Motion for Summary Judgment

[Dkt. # 44] is **DENIED**; it is further

**ORDERED** that judgment is entered in favor of plaintiffs on Counts One and Two

of the Amended Complaint; it is further

**ORDERED** that defendant Ken Salazar and/or his successors shall sell or offer for

sale the declared annual sustained yield capacity of timber for the Medford and Roseburg

districts for each year; it is further

**ORDERED** that the Owl Estimation Methodology is set aside and shall not be used by defendants Ken Salazar, Tom Vilsack, and/or their successors unless and until the methodology is submitted to the rulemaking procedures of 5 U.S.C. § 553; it is further

**ORDERED** that Count Three of the Amended Complaint is **DISMISSED** as moot; and it is further

**ORDERED** that Counts Four and Five of the Amended Complaint are **DISMISSED** as conceded.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge